B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Troy A Maillette, Jennifer L Maillette, Case No. 17-22354-dob

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888.504.6700
Last Four Digits of Acct #: 6417

Name and Address where transferee payments should be sent (if different from above):
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888.504.6700
Last Four Digits of Acct #: 6417

Court Claim # (if known): 6-1
Amount of Claim: $54,719.32
Date Claim Filed: 01/25/2018

Phone: 800.274.7025
Last Four Digits of Acct. #: 6796

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons          Date: 03/29/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.